# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**JAN D. FELTON,**

                **Plaintiff,**

**v.**                                                       **Civil Action No. 3:11cv556**

**SAMUEL I WHITE, P.C.,**

                **Defendant.**

## PLAINTIFF'S STATEMENT RESPECTING CONSENT

Plaintiff Jan D. Felton, by counsel, hereby files her Statement Respecting Consent. Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff consents to have a United States Magistrate Judge conduct any and all further proceedings in this matter, including the trial, and order the entry of a final judgment.

                                                                     Respectfully submitted,
                                                                     Jan D. Felton
                                                                     By Counsel

\_\_\_/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
Email: lenbennett@clalegal.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 (Fax)
Email: matt@clalegal.com

Kristi Cahoon Kelly, VSB#72791
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
(703) 277-9774
(703) 591-2149 (Fax)
Email: kkelly@smillaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 10th day of November, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Ronald J. Guillot, Jr., Esquire
    SAMUEL I. WHITE, PC
    5040 Corporate Woods Drive, Suite 120
    Virginia Beach, VA 23462
    Counsel for Defendant

          __/s/_____
          By: Dale W. Pittman, VSB#15673
          Counsel for Plaintiff
          THE LAW OFFICE OF DALE W. PITTMAN, P.C.
          The Eliza Spotswood House
          112-A West Tabb Street
          Petersburg, VA 23803
          (804) 861-6000
          (804) 861-3368 (Fax)
          dale@pittmanlawoffice.com