# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**JAN D. FELTON,**

    **Plaintiff,**

    v.                                   Civil Action No. 3:11cv556

**SAMUEL I. WHITE, P.C.,**

    **Defendant.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Maryia Y. Jones on behalf of Defendant Samuel I. White, P.C. as counsel herein for all purposes in this matter.

                                                 SAMUEL I. WHITE, P.C.

                                                 By:    /s/ Maryia Y. Jones
                                                             Of Counsel

John C. Lynch (VSB No. 39267)
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: john.lynch@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

**Counsel for Plaintiff Jan D. Felton**
**Dale Wood Pittman**
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

**John Chapman Petersen**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
(703) 251-5400
Fax: (703) 591-9285
Email: jpetersen@smillaw.com

**Kristi Cahoon Kelly**
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-251-5400
Fax: 703-591-9285
Email: kkelly@smillaw.com

**Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

                              **Matthew James Erausquin**
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

                                    /s/ Maryia Y. Jones
Maryia Y. Jones (VSB No. 78645)
Counsel for Defendant
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7539
Facsimile: (757) 687-1542
E-mail: maryia.jones@troutmansanders.com