IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
NOV 22 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JAN D. FELTON,

    Plaintiff,

v.

SAMUEL I. WHITE, P.C.,

    Defendant.

Civil Action No. 3:11cv556

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge M. Hannah Lauck. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Lauck within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Lauck shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

                                                /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: November 22, 2011